UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CIV-62690-COHN/SELTZER

LIONAL DALTON,

      Plaintiff,

vs.

ADELPHIA AUTOMOTIVE SERVICES, LLC
d/b/a ADELPHIA AUTO SERVICE and
3500 FEDERAL, LLC,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

1. Plaintiff, LIONAL DALTON, by and through undersigned counsel, hereby notifies the Court that the parties are in the process of executing the Settlement Agreement and request twenty (20) days to finalize the settlement and file for dismissal of this matter.

2. Pursuant to the terms of the Settlement Agreement, Defendants, ADELPHIA AUTOMOTIVE SERVICES, LLC d/b/a ADELPHIA AUTO SERVICE and 3500 FEDERAL, LLC, has agreed to make the necessary repairs to bring the property into compliance with the ADA within six (6) months from the date of execution of same.

3. Accordingly, Plaintiff requests that the Court stay all matters and pending deadlines in this Action and grant the Parties twenty (20) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

## CERTIFICATE OF SERVICE

I certify that January 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this

day on counsel of record in this action via email and via transmission of Notices of Electronic Filing generated by CM/ECF.

    Respectfully submitted,

**J & M ADVOCACY GROUP, LLC**
Attorneys for Plaintiff
Presidential Circle
4000 Hollywood Blvd., Ste. 435 So.
Hollywood, Florida 33021
Telephone (954) 962-1166
Fascimile (954) 962-1779

/s/ Mark D. Cohen
Mark D. Cohen, Esquire
Email: Mark@markdcohenpa.com
Florida Bar No.: 347345